# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| ADAPTIVE AVENUE ASSOCIATES, INC.<br><br>Plaintiff,<br><br>v.<br><br>SALLY BEAUTY SUPPLY LLC,<br><br>Defendant. | Civ. No.  2:16-CV-683-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Brady Cox, enters his appearance in the above-referenced proceeding for Defendant Sally Beauty Supply LLC ("Sally Beauty").  Sally Beauty respectfully requests that the court take note of this Notice of Appearance and make Brady Cox one of its attorneys of record in this lawsuit.  Copies of all communications and other documents filed in the above-referenced proceedings that are not filed via ECF should be emailed or faxed to Brady Cox at the address set forth below.  Holly Hawkins Saporito remains lead counsel of record for Sally Beauty.

Respectfully submitted,

Dated: October 25, 2016

/s/ Brady Cox
Brady Cox (Texas Bar No. 24074084)
**ALSTON & BIRD LLP**
2828 North Harwood Street
18th Floor
Dallas, Texas 75201-2139
Telephone:  214-922-3400
Facsimile:  214-922-3899
Email: brady.cox@alston.com

*Attorney for Defendant Sally Beauty Supply LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded via CM/ECF to all counsel of record on this 25th day of October, 2016.

>*/s/ Brady Cox*
>Brady Cox

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded via CM/ECF to all counsel of record on this 25th day of October, 2016.

>*/s/ Brady Cox*
>Brady Cox